UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                       Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2022_

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 12, 2022, the Court ordered the parties to submit a joint letter and case management plan by November 7, 2022. ECF No. 10. That submission is now overdue. Accordingly, by **November 14, 2022**, the parties shall submit their joint letter and case management plan.

      SO ORDERED.

Dated: November 8, 2022
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge