UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                Defendants.

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 2, 2022, the Court ordered Plaintiff to file a status letter by January 4, 2023. ECF No. 26. That submission is now overdue. Accordingly, by **January 11, 2023**, Plaintiff shall file his status letter.

      SO ORDERED.

Dated: January 5, 2023
       New York, New York

ANALISA TORRES
United States District Judge