USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/9/2023_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

               Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

               Defendants.

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 14, 2022, the Court adjourned the parties' deadline to submit a joint letter and proposed case management plan *sine die*. ECF No. 24; *see also* ECF No. 10. Defendant Stadium Enterprises LLC has since appeared in this action. ECF No. 36. Accordingly, by **February 23, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge