UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                  Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2023__

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated February 23, 2023. ECF No. 43. The parties indicate that they "have already engaged in initial conversations regarding settlement and jointly request a 90-day extension of all dates in the proposed case management plan to allow the parties to explore the possibility of settlement before engaging in any formal discovery." *Id.* at 1. Accordingly, the parties' request is DENIED.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                               ANALISA TORRES
                                         United States District Judge