UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/05/2023
```

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On August 31, 2023, the parties filed a status update in which they anticipate that an initial mediation session will be scheduled during a pre-mediation conference call set for September 8, 2023. ECF No. 72. The parties have been ordered to file an additional status update that includes any requests for extensions of discovery deadlines by September 15, 2023. ECF No. 73.

       Accordingly, pending this status update, the case management conference scheduled for **September 19, 2023**, is ADJOURNED *sine die*.

       SO ORDERED.

Dated: September 5, 2023
       New York, New York

ANALISA TORRES
United States District Judge