UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KING RANGE, JR.

                                    Plaintiff,                                 **22-CV-7646 (AT) (VF)**

        -against-                                                  **ORDER**

CANAL STUDIO CORP. ET AL

                                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to provide a joint status update by no later than **April 17, 2024.**

    **SO ORDERED.**

DATED:    New York, New York
                 April 3, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge