UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/9/2024_

22 Civ. 7646 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

    On October 7, 2024, the parties attended a settlement conference held before Judge Valerie Figueredo and made progress toward a potential resolution. Accordingly, by **December 20, 2024**, the parties shall file a status update detailing whether further progress has been made, and if not, how the parties intend to proceed.

    SO ORDERED.

Dated: October 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge