UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                              Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/30/2024
```

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the parties' letter dated December 6, 2024. ECF No. 95. By **February 28, 2025**, the parties shall file another status update detailing what progress has been made and how the parties intend to proceed.

      SO ORDERED.

Dated: December 30, 2024
       New York, New York

                                                          ANALISA TORRES
                                                United States District Judge