UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KING RANGE., JR.,

                    Plaintiff,

-against-

CANAL STUDIO CORP. AND STADIUM ENTERPRISES LLC,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2025

22 Civ. 7646 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 30, 2024, the Court directed the parties to submit a status update by February 28, 2025. ECF No. 96. That submission is now overdue. Accordingly, by **March 10, 2025**, the parties shall provide the Court with a status update.

    SO ORDERED.

Dated: March 3, 2025
       New York, New York

ANALISA TORRES
United States District Judge