**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KING RANGE, JR.

                                    Plaintiff,                    **22-CV-7646 (AT) (VF)**

                 -against-                                        **ORDER**

CANAL STUDIO CORP. ET AL

                                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are hereby directed to file a joint status update by **January 13, 2026**.

    **SO ORDERED.**

DATED:    New York, New York
          December 29, 2025

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge