**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

KING RANGE, JR.

Plaintiff,

**22-CV-7646 (AT) (VF)**

-against-

**ORDER**

CANAL STUDIO CORP. ET AL

Defendants.

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to provide a joint status update in 60 days.

**SO ORDERED.**

DATED: New York, New York
November 16, 2026

VALERIE FIGUEREDO
United States Magistrate Judge